IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN POLK**                                                                                           **PLAINTIFF**

v.                           Case No. 4:22-cv-00808-BRW

**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Without paying the filing fee or moving to proceed *in forma pauperis*, Polk initiated this *pro se* federal claim attempting to appeal an unfavorable social security decision issued on October 4, 2021.[2] Because "42 U.S.C. § 405(g) requires a disappointed claimant to seek judicial review within sixty days" of the decision, Mr. Polk's appeal is untimely.[3] He had until December 3, 2021, to file his appeal. Accordingly, this Court lacks jurisdiction, and the case is DISMISSED.

IT IS SO ORDERED this 14th day of September, 2022.

                                                                                BILLY ROY WILSON
                                          UNITED STATES DISTRICT JUDGE

---

[1] *See Smith v. Boyd*, 945 F.2d 1041, 1043 (8th Cir. 1991).

[2] Complaint, Doc. 1.

[3] *See Robertson v. Sullivan*, 925 F.2d 1124, 1125 (8th Cir. 1991).