IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN POLK**                                                                                **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00808-BRW**

**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

### JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of September, 2022.


                                                         _____BILLY ROY WILSON_____
                                                         UNITED STATES DISTRICT JUDGE